**Order entered March 18, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01448-CR

**ERMITANO RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82911-2016**

## ORDER

Before the Court is court reporter Denise Carrillo's March 14, 2019 second request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **April 15, 2019**. Ms. Carrillo is cautioned that further extensions are disfavored.

/s/     BILL PEDERSEN, III
JUSTICE